UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DARREN KENT QUIDOR,<br><br>    Plaintiff,<br><br>    vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:20-cv-00117-EFB<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO STAY ACTION |

Due to the COVID-19 health emergency, Defendant is presently unable to produce the Administrative Record necessary to answer and adjudicate this action. Accordingly, Defendant filed an ex parte application to stay this action. The Court finds good cause to grant the stay of this action until Defendant regains the ability to produce the Administrative Record.

Accordingly, IT IS ORDERED that this matter is stayed until such time as the Social Security Administration regains the capacity to produce the Administrative Record necessary to answer and adjudicate this case. The stay of this matter shall automatically lift upon the Defendant's filing of the Administrative Record. Thereafter, case deadlines will proceed

1  according the Court's previously filed case management order and the local rules.  No motion or
2  other notification will be required to lift the stay.

3
4  IT IS SO ORDERED.

5
   Dated:  June 1, 2020
6
                                    HON. EDMUND F. BRENNAN
7                                   UNITED STATES MAGISTRATE JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28